## ROSE *against* ROCK.

The rule *nisi*, for judgment after *verdict*, may be entered, on any day in term.

THE COURT said, that the eighth rule of *April* term, 1796, allowing judgments to be entered absolute, after four days in term shall have intervened, applies only to cases where *defaults* have ·been previously entered, and not to judgments after *verdict*, which are always judgments *nisi*, or unless cause be shown to the contrary, in four days, and may.be entered on the first, or any other day in term.

*Skinner*, for the defendant.